ANN K. JOHNSTON, ESQ. (SBN 145022)
ROSS C. SMITH, ESQ. (SBN 204018)
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA 94945
Tel: (415) 899-1770 • Fax: (415) 899-1769

Additional Counsel (*Pro Hac Vice* Pending)
Roderick T. Dunne
Linda J. Carwile
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604
Tel: (312) 431-3700 • Fax: (312) 431-3670

Attorneys for Plaintiff
CERTAIN UNDERWRITERS AT LLOYDS, LONDON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>    Plaintiff,<br><br>vs.<br><br>TRIDUANUM FINANCIAL, INC.; JOHNNY E. GRIVETTE, JR; CHRISTOPHER JARED WARREN; and SCOTT EDWARD CAVELL,<br><br>    Defendants. | CASE NO. 2:10-CV-00116-MCE-DAD<br><br>**ORDER FOR SERVICE OF PROCESS ON DEFENDANT SCOTT EDWARD CAVELL BY PUBLICATION [FRCP Rule 4; Cal. Code of Civil Proc. § 415.50; Cal. Gov't Code § 6064]**<br><br>Date Filed: 1/15/2010<br>Trial Date: Not Set |

1

Order Directing Service on Cavell by Publication    Case No. 2:10-CV-00116-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

The Court has reviewed plaintiff Certain Underwriters at Lloyd's, London's application, which satisfactorily shows that defendant Scott Edward Cavell cannot, with reasonable diligence, be served by personal service (Cal. Code of Civ. Proc. § 415.10), substituted service (Cal. Code of Civ. Proc. § 415.20), service by mail with acknowledgement of service (Cal. Code of Civ. Proc. § 415.30), or service by mail directed outside the state (Cal. Code of Civ. Proc. § 415.40), and that defendant Cavell is a proper party to this action. Accordingly, finding good cause,

**IT IS ORDERED** that service of process in this case be made upon defendant Scott Edward Cavell by publication in The Sacramento Bee, a newspaper of general circulation published at 2100 Q St., P.O. Box 15779, Sacramento, California, 95852 which, under the circumstances, is a newspaper most likely to give notice to him; and that publication be made at least once a week for four successive weeks as per California Government Code § 6064.

**IT IS FURTHER ORDERED** that, if plaintiff ascertains Scott Edward Cavell's address before expiration of the time prescribed for publication of the summons, plaintiff shall mail him a copy of the summons, the complaint, and this order for publication forthwith. Cal. Code of Civ. Proc. § 415.50, subd. (b).

DATED: February 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com