UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CERTAIN UNDERWRITERS AT  No. 2:10-cv-00116-MCE-DAD
LLOYD'S, LONDON,

       Plaintiff,

    v.  ORDER CONTINUING TRIAL

TRIDUANUM FINANCIAL, INC.,
et al.,

       Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the September 24, 2012 jury trial is vacated and continued to **February 25, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **December 27, 2012**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 26, 2012 Final Pretrial Conference is vacated and continued to **January 10, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **December 20, 2012,** and shall comply with the procedures outlined in the Court's November 30, 2010 Pretrial Scheduling Order.

1

1  The personal appearances of the trial attorneys or person(s) in
2  pro se is mandatory for the Final Pretrial Conference.
3  Telephonic appearances for this hearing are not permitted.
4      Any evidentiary or procedural motions are to be filed by
5  **December 20, 2012.**  Oppositions must be filed by **December 27,**
6  **2012,** and any reply must be filed by **January 31, 2013.**  The
7  motions will be heard by the Court at the same time as the Final
8  Pretrial Conference.
9      IT IS SO ORDERED.
10 Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE