1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CERTAIN UNDERWRITERS AT              No. 2:10-cv-00116-MCE-DAD
     LLOYDS, LONDON,
12
                 Plaintiff,
13                                         ORDER
          v.
14
     TRIDUANUM FINANCIAL, INC.,
15   JOHNNY E. GRIVETTE, J.R.,
     CHRISTOPHER JARED WARREN,
16   and SCOTT EDWARD CAVELL,

17           Defendants.

18   _____/

19        The matter was referred to a United States Magistrate Judge pursuant to Local Rule

20   302(c)(19).

21        On November 30, 2011, the magistrate judge filed findings and recommendations herein

22   which were served on plaintiff and which contained notice that any objections were to be filed

23   within fourteen days after the filing of the findings and recommendations.  No objections to the

24   findings and recommendations have been filed.

25        The Court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed November 30, 2011 (ECF No. 54) are

3    ADOPTED in full;

4        2.  Plaintiff's motion for default judgment (ECF No. 47) is GRANTED;

5        3.  The policy of insurance issued by Plaintiff to Defendants is rescinded and void;

6        4.  Plaintiff has no duty to defend or indemnify Defendants under the Policy with respect

7    to the Underlying Lawsuit, and thus, Plaintiff may cease funding Defendants' defense in that

8    action;

9        5.  Plaintiff's request for award of costs is DENIED.

10       6.  The Clerk of the Court is directed to close this case.

11    Dated:  January 6, 2012

12

13                                        MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26